**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LANCE AND GARNET MCHAN**                          **CIVIL ACTION**
                                                    **NO. 06-7297**
**VERSUS**

**STATE FARM FIRE AND CASUALTY**                    **SECTION M**
**COMPANY, ROD TREGLE AND**
**AAA CONTRACTORS**

**ORDER**

Before the Court is Plaintiffs' Motion to Remand which is opposed by the

Defendants and which came for hearing on December 20, 2006, on the briefs.  After

consideration of the Motion, the opposition and the applicable law, the Court grants the

Motion.

Plaintiffs, Lance and Garnet McHan, are owners of a residence located at 4127

Elizabeth Drive in Kenner, Louisiana.  During Hurricane Katrina, the residence allegedly

sustained substantial wind and rain damage, which rendered the home unable to be

occupied and necessitated significant repairs.  At the time of the hurricane, the

MacHans were insured by State Farm Fire and Casualty Company (State Farm) with a

homeowner's policy procured and purchased through insurance agent, Rod Tregle.

The McHans filed suit in the 24th Judicial District Court in the Parish of Jefferson

against State Farm, their agent Rod Tregle and AAA Contractors. State Farm removed

the case to this Court.  The McHans now seek a remand back to state court.

The McHans allege that Tregle was negligent in procuring and advising them regarding their insurance and that he breached this duty within Louisiana's 3-year peremptive period.  State Farm alleges that the McHans have no viable action against Tregle because the action against him is preempted.[1]

If the plaintiff states a viable cause of action against a non-diverse defendant, then that carries with it a presumption of regularity.  Any alleged but unresolved facts are accepted in the fact-pleading record.  *See* 28 USCA §1441(b); *see also* Smallwood v. Illinois Cent. R.R., 385 F.3d 568 (5th Cir. 2004).

Accordingly, the motion is **GRANTED** and the matter is **REMANDED** to the 24th Judicial District Court for the Parish of Jefferson.

New Orleans, Louisiana, this 27th day of December, 2006.

Peter Beer
United States District Judge

---

[1]State Farm also alleges in their opposition that there was "outright fraud" in Plaintiff's pleading of the jurisdictional facts pertaining to AAA Contractor Services and agent Tregle.  *See* this Court's Order in C.A. No. 06-7296.